**Keith Ashley W. ROGERS**

v.

**STATE**

**CR-13-1885**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Richard Dale DODD**

v.

**CITY OF TRUSSVILLE**

**CR-13-1886**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Michael Darren STOWE**

v.

**ALABAMA DEP'T OF CORR.**

**CR-13-1891**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Clarence COFIELD**

v.

**STATE**

**CR-13-1897**

Court of Criminal Appeals of Alabama.

01/23/2015

Affirmed

**Elsie Wells THOMAS**

v.

**STATE**

**CR-13-1903**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed